IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RONNIE DEAN AUSTIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. CIV-13-1089-L |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

## O R D E R

On January 16, 2015, Magistrate Judge Charles B. Goodwin entered a Report and Recommendation in this action brought by plaintiff pursuant to 42 U.S.C. §405(g) for judicial review of the defendant Acting Commissioner of the Social Security Administration's (Commissioner's) final decision denying plaintiff's applications for disability insurance benefits and supplemental security income payments under the Social Security Act. The Magistrate Judge recommended that the decision of the defendant Commissioner be affirmed.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review, the court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **AFFIRMED.**

It is so ordered this 12th day of February, 2015.

*Tim Leonard*
TIM LEONARD
United States District Judge